STATEMENT IN

SUPPORT OF PROBABLE CAUSE

In RE: **Bernardo Aniceto GARZA**

I, Johnathan Johnston, declare and state as follows:

1. On August 23, 2023, U.S. Border Patrol Agents (BPAs) received information from the Laredo Police Department (LPD) about a human smuggling event that was to be conducted by black Ford Raptor; hereinafter, referred to as the Raptor. BPAs, assisted by a Customs and Border Protection (CBP) helicopter (Troy), located, and followed the Raptor.

2. BPAs observed the Raptor pick up three, female, undocumented non-citizens (UNCs) from a silver truck. This activity was consistent with human smuggling. BPAs and Troy maintained constant visual of the Raptor from the pickup location until observing the Raptor drive into 7170 TX-359 (7170), Laredo, TX. Troy observed three females exit the Raptor and get into a red semi-tractor. This activity was consistent with human smuggling in which undocumented noncitizens (UNCs) are loaded into a commercial vehicle to be transported to the interior United States. BPAs continued constant visual surveillance of the Raptor, as it departed the area, until LPD performed a traffic stop on the Raptor and discovered the driver was Bernardo Aniceto GARZA. GARZA was taken into custody.

3. BPAs entered 7170 and approached the red tractor where they observed the three females. Two adult females, along with one minor female were all determined through immigration inspections to be UNCs who were illegally present in the U.S.

4. Homeland Security Investigations (HSI) Special Agents (SAs) responded to the South BP station to conduct post-arrest interviews. GARZA was read his Miranda Rights in the English language. GARZA acknowledged he understood his rights and invoked his right to an attorney.

5. HSI SAs identified material witnesses Yeni Carolina MAGANA-Sandoval, a citizen of El Salvador and Devora ZUNIGA-Cruz a citizen of Mexico. Both material witnesses stated they were illegally present inside the United States. MAGANA-Sandoval stated she illegally entered the United States by way of Mexico by crossing the Rio Grande River by wading or swimming. MAGANA-Sandoval stated arrangements were made with members of a human smuggling organization(s) (HSO) for them to be transported to the interior of the U.S. Both material witnesses stated smuggling fees were paid for them to be smuggled into the United States. MAGANA-Sandoval did not identify GARZA from a photo line-up.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

Executed on the 23rd day of August 2023.

*Johnathan Johnston*

Johnathan Johnston

Special Agent

Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 2023.

_____

Hon. Christopher dos Santos, U.S. Magistrate Judge

UNITED STATES MAGISTRATE JUDGE