**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

vs

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Bernardo Aniceto Garza
*Defendant*

Case Number: 5:23–mj–01638

 

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for September 1, 2023 at 10:00 AM before United States Magistrate Judge Christopher dos Santos at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Christopher dos Santos
United States Magistrate Judge

Date: **August 25, 2023**